# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERT MARK GREENE,**
Appellant,

v.

**WARDEN, OKEECHOBEE CORRECTIONAL INSTITUTE,**
Appellee.

No. 4D18-2594

[January 3, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 47-2018-CA-00130.

Robert Greene, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS, and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***